UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GIOVANNI PINON,

Plaintiff

v.

JOHN HENLEY, et al.,

Defendants

Case No.: 3:26-cv-00162-ART-CSD

ORDER

This is pro se Plaintiff Giovanni Pinon's 42 U.S.C. § 1983 civil rights action. On June 23, 2026, the parties reached a settlement in this case and in case no. 3:25-cv-00167-ART-CLB. (*See* ECF No. 6.) Defendants did not file the stipulation to dismiss or a status report by the deadline.

IT IS THEREFORE ORDERED that Defendants have until **November 16, 2026** to file a stipulation to dismiss or status report.

DATED THIS 5th day of November 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE