UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GIOVANNI PINON,<br>Plaintiff<br>v.<br>JOHN HENLEY, et al.,<br>Defendants | Case No.: 3:26-cv-00162-ART-CSD<br>ORDER |

This is pro se Plaintiff Giovanni Pinon's 42 U.S.C. § 1983 civil rights action. On June 23, 2026, the parties reached a settlement in this case and in case no. 3:25-cv-00167-ART-CLB. (*See* ECF No. 6.) Defendants did not file the stipulation to dismiss or a status report by the deadline.

IT IS THEREFORE ORDERED that Defendants have until **November 30, 2026** to file a stipulation to dismiss or status report.

The Clerk of Court is directed to add the Nevada Department of Corrections to the docket as an Interested Party and electronically serve a copy of this order and a copy of Plaintiff's Complaint (ECF No. 1-1) on the Office of the Attorney General of the State of Nevada by adding the Attorney General of the State of Nevada to the interested party on the docket.

DATED THIS 24th day of November 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE